IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-HC-2045-D

| | | |
|---|---|---|
| KAREEM L. ALLEN, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOEL HERRON, Superintendent, et. al., | ) | |
| | ) | |
| Respondents. | ) | |

Kareem L. Allen, a state inmate, petitions the court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [D.E.1]. On July 12, 2010, respondents moved to file hearing transcripts "on a CD ROM, rather than paper copies[,]" because the transcripts "exceed 1300 pages" [D.E. 10].

The motion is ALLOWED, and respondents are DIRECTED to produce the CD ROM on or before February 21, 2011. Respondents' motion for summary judgment [D.E. 8] remains pending, and respondents are DIRECTED to submit courtesy copies of their memorandum in support of summary judgment [D.E. 9], along with all other exhibits, on or before February 21, 2011.

SO ORDERED. This 14 day of February 2011.

JAMES C. DEVER III
United States District Judge